1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        CENTRAL DISTRICT OF CALIFORNIA
10                                WESTERN DIVISION
11
12   LUIS F. GUTIERREZ,            )
                                   )
13           Plaintiff,            )   Case No. CV 14-4595 (AJW)
                                   )
14       v.                        )
                                   )
15   GOOD SAVIOR, LLC, et al.,     )
                                   )
16           Defendants.           )
     _____)
17                                 )
     LUIS F. GUTIERREZ,            )   Case No. CV 15-3727 (AJW)
18                                 )
             Plaintiff,            )
19                                 )   JUDGMENT
         v.                        )
20                                 )
     EDUARDO GARCIA,               )
21                                 )
             Defendant.            )
22   _____)

     It is adjudged that plaintiff shall recover from defendants $25,000.00, plus such costs as may be taxed by the clerk and such attorneys' fees as may be awarded by the court.

Dated: September 28, 2016

                                       _____
                                       Andrew J. Wistrich
                                       United States Magistrate Judge